**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CLARK FRENCH, et al.**       ) <br> ) <br> **Plaintiffs,**       ) <br> ) <br> v.       ) <br> ) <br> **ROY KIME**       ) <br> ) <br> **Defendant.**       ) <br> ) | **FILED** <br><br> DEC 2 2 2005 <br><br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT <br><br> CASE NUMBER 1:05CV02448 <br> JUDGE: Ricardo M. Urbina <br> DECK TYPE: Contract <br> DATE STAMP: 12/22/2005 |

**CERTIFICATE UNDER LCvR 7.1**

I, the undersigned, counsel of record for Plaintiff Computer Intelligence Associates Inc. D.C. ("CIA D.C.") certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of CIA D.C. which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

_429200_____
BAR IDENTIFICATION NO.

Ross D. Cooper_____
Print Name

11921 Rockville Pike, Suite 300____
Address

Rockville, Maryland 20852_____
City State Zip Code

(301) 230-5239_____
Telephone Number

2