IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARK FRENCH, et al. )<br>)<br>    Plaintiffs/Counter-Defendants, )<br>)<br>v. )<br>)<br>)<br>ROY KIME )<br>)<br>    Defendant/Counter-Plaintiff. )<br>) | Civil No. 05-cv-02448-RMU |

**PLAINTIFFS/COUNTER-DEFENDANTS' MOTION FOR EXTENSION OF TIME SO AS TO CREATE AN UNIFIED DEADLINE FOR BOTH PLAINTIFFS/COUNTER-DEFENDANTS' AND THIRD-PARTY DEFENDANTS' RESPONSES TO THE COUNTERCLAIM/THIRD-PARTY COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b) and Section 5 of this Court's February 21, 2006 Standing Order, Plaintiffs/Counter-Defendants Clark D. French ("French") and Computer Intelligence Associates, DC ("CIA-DC") (collectively, "Plaintiffs/Counter-Defendants") respectfully request an extension of time – from March 16, 2006 to April 24, 2006 – to respond to Defendant/Counter-Plaintiff Roy Kime's ("Kime") Counterclaim so that Plaintiffs/Counter-Defendants' responses are due on the same date as the responses to the similar Third-Party claims asserted against Third-Party Defendants, whom undersigned counsel also represents. This is Plaintiffs/Counter-Defendants' first request for an extension of time, which Plaintiffs/Counter-Defendants have filed at least four business days prior to the current deadline. Counsel for Kime has indicated that she objects to this request.

The basis for this request is that Kime's Counterclaim/Third-Party Complaint asserts similar claims against both Plaintiffs/Counter-Defendants and newly-added Third-Party Defendants Mary French ("Mrs. French") and Computer Intelligence Associates, Inc. Maryland

("CIA-MD") (collectively, "Third-Party Defendants"). On February 22, 2006, Kime served new parties Mrs. French and CIA-MD with requests for waivers of service, which they subsequently executed and returned. Pursuant to Fed. R. Civ. P. 4(d), Mrs. French and CIA-MD's responses to the Third-Party Complaint are thus not due until April 24, 2006. Pursuant to Fed. R. Civ. P. 12, Plaintiffs/Counter-Defendants' responses to the Counterclaim are currently due on March 16, 2006.

Given that the Plaintiffs/Counter-Defendants and Third-Party Defendants intend to file motions to dismiss and responsive pleadings on similar grounds, it would be more efficient and would preserve the parties' and the Court's resources to permit the Counter-Defendants and Third-Party Defendants to file an unified response on the same date, rather than presenting the Court with piecemeal and duplicative motions. Indeed, the current staggered response dates will require two sets of motions, two sets of responses, two hearing dates and potentially this Court's separate consideration. Moreover, given that the initial scheduling conference is not until August 10, 2006, no scheduling order has been entered in this case and thus no other deadlines will be affected by this request.

In the alternative, if the Court denies Plaintiffs/Counter-Defendants' request for an extension of time until April 24 to respond to the Counterclaim, Plaintiffs/Counter-Defendants respectfully request an extension of time of twenty days from the date the Court denies this request to file their response.

Wherefore, Plaintiffs/Counter-Defendants respectfully request that this Court enter the attached order granting an extension of time for Plaintiffs/Counter-Defendants to respond to Kime's Counterclaim until April 24, 2006.

Dated: March 9, 2006                                    Respectfully submitted,

                                                             SHULMAN, ROGERS, GANDAL,
                                                               PORDY & ECKER, P.A.


                                                            _____/s/_____
                                                            Ross D. Cooper #429200
                                                            11921 Rockville Pike, Third Floor
                                                            Rockville, MD 20852
                                                            (301) 230-5200
                                                            (301) 230-2891 (facsimile)

                                                            Attorneys for Plaintiffs/Counter-Defendants
                                                            Clark French and Computer Intelligence
                                                            Associates, Inc. DC