IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CLARK FRENCH, et al. ) | |
| ) | |
| Plaintiffs/Counter-Defendants, ) | |
| ) | |
| v. ) | Civil No. 05-cv-02448-RMU |
| ) | |
| ROY KIME ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |

## ORDER

Upon consideration of Plaintiffs/Counter-Defendants' Motion For Extension of Time to Respond to the Counterclaim, any opposition thereto and for other good cause shown, it is hereby this ___ day of _____, 2006,

ORDERED that Plaintiffs/Counter-Defendants' Motion for Extension of Time is GRANTED; and it is further,

ORDERED that Plaintiffs/Counter-Defendants' response to the Counterclaim will be due on April 24, 2006.

_____
Judge, United States District Court
for the District of Columbia