IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARK FRENCH, et al. ) | |
| ) | |
| Plaintiffs/Counter-Defendants, ) | |
| ) | |
| v. ) | Civil No. 05-cv-02448-RMU |
| ) | |
| ) | |
| ROY KIME ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |

### PLAINTIFFS' AND THIRD-PARTY DEFENDANTS' MOTION FOR LEAVE TO FILE UNILATERAL RULE 26(f) REPORT

Pursuant to Fed. R. Civ. P. 7(b), Plaintiffs Clark D. French ("French") and Computer Intelligence Associates, Inc. D.C. ("CIA-DC") and Third-Party Defendants Mary French and Computer Intelligence Associates, Inc. Maryland ("Third-Party Defendants") respectfully request leave to file a unilateral Fed. R. Civ. P. 26(f) report so that they may proceed with discovery in this case.

On February 28, 2006, counsel for Plaintiffs and Third-Party Defendants sent a letter to counsel for Defendant Roy Kime ("Kime") outlining Plaintiffs' position as to each of the topics about which the parties are required to confer pursuant to LCvR 16.3. See February 28, 2006 Letter from R. Cooper to K. Brewer, attached hereto as Exhibit A. Plaintiffs' and Third-Party Defendants' counsel also requested a conference with Kime's counsel so that they could attempt to resolve any difference in positions as to the conference topics prior to submission of the requisite 26(f) Report. Because Plaintiffs and Third-Party Defendants wish to proceed immediately with discovery (which Fed. R. Civ. P. 26(d) provides cannot proceed until after the

parties confer pursuant to Rule 26(f)), Plaintiffs' and Third-Party Defendants' counsel requested a response from Kime's counsel by the following week.

By letter dated March 7, 2006, counsel for Kime refused to confer pursuant to Rule 26(f) at this time. Defendant's counsel further stated that because the initial scheduling conference is not until August, she is not required to confer with the other parties until "some time between July 21, 2006 and August 3, 2006." On that basis, Defendant refused to "meet and confer."

In addition, Defendant improperly accused Plaintiffs of taking inconsistent positions by requesting immediate discovery but also moving for an extension of time for Plaintiffs French and CIA-DC to respond to the counterclaim. No so. The extension request was simply designed to allow French and CIA-DC to respond at the same time as Third-Party Defendants, so that the expected motions to dismiss will be coordinated. Those responses should not affect the ability of the parties to commence with discovery.

Indeed, if Kime is permitted to delay the Rule 26(f) conference for more than four months as his counsel apparently intends to do, Kime will essentially prevent Plaintiffs and Third-Party Defendants from pursuing discovery during that four month period. Such an extensive delay is unnecessary and inefficient. However, proceeding with discovery at this early stage in the case, as Plaintiffs and Third-Party Defendants intend to do, will expedite the parties' and the Court's consideration of the merits of these proceedings.

Thus, because Plaintiffs and Third-Party Defendants desire to begin discovery immediately and have attempted to confer with Kime as required by the rules, and because Kime essentially has refused to confer until July or August, Plaintiffs and Third-Party Defendants respectfully request that the Court permit Plaintiffs and Third- Party Defendants to file the attached unilateral 26(f) report (Exhibit B) and that the Court enter the attached order deeming

Plaintiffs and Third-Party Defendants to have fulfilled the requirements of Rule 26(f) so that Plaintiffs and Third-Party Defendants may begin discovery.

Dated: March 22, 2006                                Respectfully submitted,

                                                     SHULMAN, ROGERS, GANDAL,
                                                      PORDY & ECKER, P.A.


                                                     _____/s/_____
                                                     Ross D. Cooper #429200
                                                     11921 Rockville Pike, Third Floor
                                                     Rockville, MD 20852
                                                     (301) 230-5200
                                                     (301) 230-2891 (facsimile)

                                                     Attorneys for Plaintiffs/Counter-Defendants
                                                     Clark French and Computer Intelligence
                                                     Associates, Inc. DC and Third-Party
                                                     Defendants Mary French and Computer
                                                     Intelligence Associates, Inc. Maryland