IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARK FRENCH, et al. ) | |
| ) | |
| Plaintiffs/Counter-Defendants, ) | |
| ) | |
| v. ) | Civil No. 05-cv-02448-RMU |
| ) | |
| ROY KIME ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |

## ORDER

Upon consideration of Plaintiffs' and Third-Party Defendants Motion For Leave to File Unilateral Fed. R. Civ. P. 26(f) and LCvR 16.3 Report, any opposition thereto and for other good cause shown, it is hereby this __ day of _____, 2006,

ORDERED that Plaintiffs and Third-Party Defendants' Motion is GRANTED; and it is further,

ORDERED that Plaintiffs and Third-Party Defendants have fulfilled the conference requirement of Fed. R. Civ. P. 26(f); and it is further

ORDERED that Plaintiffs' and Third-Party Defendants' Unilateral 26(f) Report attached to Plaintiff's Motion as Exhibit B is hereby deemed filed as of the date of this Order; and it is further

ORDERED that Plaintiffs and Third-Party Defendants may proceed with discovery.

_____
Judge, United States District Court
for the District of Columbia