# EXHIBIT A

**SHULMAN ROGERS GANDAL PORDY & ECKER, P.A.**

| | | | | |
|---|---|---|---|---|
| Lawrence A. Shulman | Worthington H. Talcott, Jr.+ | Michael J. Froehlich | Eric J. von Vorys | John D. Adams |
| Donald R. Rogers | Fred S. Sommer | William C. Davis, III | Gary I. Horowitz | Michael T. Ebaugh |
| Karl L. Eckert | Morton A. Faller | Patrick M. Martyn | Heather L. Howard | David B. Kramer |
| David A. Pordy+ | Alan S. Tilles | Sandy David Baron | Stephen A. Metz | Lauren J. Pair |
| David D. Freishtat | James M. Hoffman | Christine M. Sorge | Hong Suk "Paul" Chung | *Of Counsel* |
| Martin P. Schaffer | Michael V. Nakamura | Michael L. Kabik | Patrick J. Howley | Larry N. Gandal |
| Christopher C. Roberts | Jay M. Eisenberg+ | Jeffrey W. Rubin | Carmen J. Morgan• | Leonard R. Goldstein |
| Jeffrey A. Shane | Douglas K. Hirsch | Simon M. Nadler | Kristin E. Draper• | Richard P. Meyer○ |
| Edward M. Hanson, Jr. | Ross D. Cooper | Scott D. Museles | Heather L. Spurrier• | Larry A. Gordon• |
| David M. Kochanski | Glenn C. Etelson | Karl W. Means | André L. Brady | David E. Weisman |
| James M. Kefauver † | Karl J. Protil, Jr.+ | Michelle R. Curtis• | Melissa G. Bernstein | Lawrence Eisenberg |
| Robert B. Canter | Timothy Dugan+ | Mimi L. Magyar | Patricia Teck | Deborah L. Moran |
| Daniel S. Krakower | Kim Viti Fiorentino | Glenn W.D. Golding+ | Jacob A. Ginsberg | Scott D. Field |
| Kevin P. Kennedy | Sean P. Sherman+ | Michael J. Lichtenstein | John D. Sadler | Jeannie Eun Cho |
| Alan B. Sternstein | Gregory D. Grant+ | Bruce A. Henoch | Marc E. Pasekoff | *Special Counsel* |
| Nancy P. Regelin | Jacob S. Frenkel• | Jeremy W. Schulman | Erin J. Ashbarry | Philip R. Hochberg○ |
| Samuel M. Spiritos+ | Rebecca Oshoway | Debra S. Friedman• | Alexis H. Peters• | *Maryland and D.C. except as noted:* |
| Martin Levine | | Matthew M. Moore+ | Meredith S. Abrams | + Virginia also  ○ D.C. only |
| | | | | • Maryland only  † Retired |

Writer's Direct Dial Number:
(301) 230-5239
rcooper@srgpe.com

February 28, 2006

**VIA FACSIMILE ONLY**

Katherine Brewer, Esq.
Schmeltzer, Aptaker & Shepard, P.C.
2600 Virginia Avenue, N.W., Suite 1000
Washington, D.C. 20037

   Re: **Clark French, et al. v. Roy Kime, United States District Court for the District of Columbia, Case No. 1:05CV02448**

Dear Ms. Brewer:

   This Firm will represent Counter-Defendants Mary French and Computer Intelligence Associates, Inc. MD ("CIA-MD") in the above-captioned action, along with Plaintiffs Computer Intelligence Associates, Inc., D.C. ("CIA-DC") and Clark D. French. I write to address several preliminary issues regarding scheduling and proceeding with discovery in this case.

   First, we received the requests for waivers of service to Mary French and CIA-MD and are prepared to execute and return them. This would make Mrs. French and CIA-MD's responsive pleadings due on April 24, 2006. Naturally, given the commonality of issues and our joint representation of all parties adverse to Mr. Kime, we believe it is appropriate to have a single response date for all such parties. We presume you will agree, but please confirm by e-mail or letter so that we may indicate your consent to the motion we intend to file to this end.

   Second, although the preliminary scheduling conference is not until August, we want immediately to proceed with discovery and we have thus set forth below Plainitffs' position as to each of the conference topics required by FRCP 26(f) and LCvR 16.3(c). Please contact me to with your position as to each of the following topics at your earliest convenience, but in no event later than March 7, 2006, at which time we will unilaterally file a 26(f) report and serve discovery.



Katherine Brewer, Esq.
February 28, 2006
Page 2

1. <u>Initial Disclosures</u>: Assuming the coordinated date for our responsive pleading will be April 24, 2006, we suggest that the parties exchange initial disclosures within 10 days thereafter, or by May 4, 2006.

2. <u>Subjects of Discovery:</u>

    a. Plaintiffs and Counter-Defendants anticipate that they will need discovery on the following subjects:

(1) The nature of the expenses for which Kime sought reimbursement from CIA-DC;

(2) The basis of Kime's claims that French approved Kime's expenses;

(3) An executed version of the lease on the apartment Kime rented in the District of Columbia and all documents evidencing rental payments;

(4) The basis for Kime's representation on the lease that Kime's wife was an officer of CIA-DC;

(5) Documents related to Kime's alleged salary and any profit distributions, including checks, pay stubs and Form W-2s;

(6) Copies of Kime's tax returns evidencing any and all business expenses from 2002 to the present;

(7) The circumstances surrounding the creation of Intelligov and the basis for Kime's assertion of rights related thereto;

(8) Work performed by Kime for CIA-DC;

(9) A copy of the alleged salary agreement between Kime and CIA-DC;

(10) All credit card and bank statements evidencing the nature and amount of alleged business expenses for which Kime was reimbursed;


Katherine Brewer, Esq.
February 28, 2006
Page 3

    (11)    The circumstances surrounding all factual allegations allegedly forming the basis of the Complaint and Counterclaim;

    (12)    All documents and communications between the parties related to the subject matter of the Complaint and Counterclaim;

    (13)    Communications between Kime and any third party related to the subject matter of the Complaint and Counterclaim;

    (14)    The factual and legal bases of Kime's affirmative defenses (if any);

    (15)    All other topics Plaintiffs determines are relevant to the claims of the parties.

    3.    <u>Discovery Plan:</u>  We believe that six months of discovery is sufficient in this case. Assuming that discovery will begin in mid-March, Plaintiffs and Counter-Defendants propose the following schedule for this case, subject to the Court's schedule and availability:

| Event | Proposed Dates |
|---|---|
| Rule 26(a) Initial Disclosures | May 4, 2006 |
| Deadline for Joinder of Parties and Amendment of Pleadings | June 1, 2006 |
| Expert Designations/Reports | August 1, 2006 |
| Rebuttal Expert Reports | September 1, 2006 |
| Discovery Cut-Off | September 30, 2006 |
| Dispositive Motion Deadline | October 15, 2006 |
| Pre-Trial Conference | November 15, 2006 (case to be ready for trial 60 days after rulings on Dispositive Motions) |



Katherine Brewer, Esq.
February 28, 2006
Page 4

    4.    <u>Other Matters</u>:

    a. Plaintiffs and Counter-Defendants do not anticipate that the limits to discovery provided in the Federal Rules of Civil Procedure need to be modified in this case.

    b. Plaintiffs and Counter-Defendants are willing to consider settlement. However, Kime has not yet made any reasonable settlement offer. Plaintiffs and Counter-Defendants do not believe that a magistrate judge or mediation is appropriate in this case at this time.

    c. This case may be appropriate for disposition by summary judgment, but discovery should not be stayed pending a ruling on dispositive motions, as discovery may be necessary to support the motions.

    I look forward to hearing from you to discuss the foregoing.

                      Sincerely,

                        Ross D. Cooper

RDC/th

cc:    Clark French
       Stephen O. Hessler, Esq.
       Kristin Draper