IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CLARK FRENCH, et al.** ) | |
| ) | |
| Plaintiffs/Counter-Defendants, ) | |
| ) | |
| v. ) | Civil No. 05-cv-02448-RMU |
| ) | |
| **ROY KIME** ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |

## NOTICE OF FILING

Plaintiffs Clark D. French and Computer Intelligence Associates, Inc. DC respectfully request that the Court attach the annexed document as "Exhibit A" to Plaintiffs' Complaint. Plaintiffs' Complaint quotes from and refers to this Exhibit as "Exhibit A," however, we inadvertently omitted this Exhibit when we submitted the Complaint for filing. We thank the Court in advance for its attention to this matter.

Dated: April 17, 2006

Respectfully submitted,

SHULMAN, ROGERS, GANDAL,
 PORDY & ECKER, P.A.

_____/s/_____
Ross D. Cooper #429200
11921 Rockville Pike, Third Floor
Rockville, MD 20852
(301) 230-5200
(301) 230-2891 (facsimile)

Attorneys for Plaintiffs/Counter-Defendants
Clark French and Computer Intelligence
Associates, Inc. DC