
**Maryland Department of Assessments and Taxation** 1

**Taxpayer Services Division**
301 West Preston Street W Baltimore, Maryland 21201

Main Menu | Security Interest Filings (UCC) | **Business Entity Information (Charter/Personal Property)** New Search | Get Forms | Certificate of Status | SDAT Home

## Taxpayer Services Division

**Entity Name: COMPUTER INTELLIGENCE ASSOCIATES, INC.**
**Dept. ID #: D06251888**

| General Information | Amendments | Personal Property | Certificate of Status |

| | |
|---|---|
| **Principal Office (Current):** | SUITE 2500<br>8840 STANFORD BOULEVARD<br>COLUMBIA, MD   21045 |
| **Resident Agent (Current):** | CLARK D FRENCH<br>SUITE 2500<br>8840 STANFORD BOULEVARD<br>COLUMBIA, MD   21045 |
| **Status:** | INCORPORATED |
| **Good Standing:** | Yes |
| **Business Code:** | Ordinary Business - Stock |
| **Date of Formation or Registration:** | 04/17/2001 |
| **State of Formation:** | MD |
| **Stock/Nonstock:** | Stock |
| **Close/Not Close:** | Close |

### Link Definition

| | |
|---|---|
| **General Information** | General information about this entity |
| **Amendments** | Original and subsequent documents filed |
| **Personal Property** | Personal Property Return Filing Information and Personal Property Assessments |
| **Certificate of Status** | Get a Certificate of Good Standing for this entity. |