**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CLARK FRENCH, et al. ) | |
| ) | |
| Plaintiffs/Counterdefendants ) | |
| ) | |
| v. ) | Case Number 1:05CV02448-RMU |
| ) | |
| ROY KIME ) | |
| ) | |
| Defendant/Counterplaintiff ) | |

**DEFENDANT/COUNTERPLAINTIFF'S MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE OPPOSITION TO
PLAINTIFFS/COUNTERDEFENDANTS' MOTION TO DISMISS COUNTS I-III
AND VI-IX OF THE COUNTERCLAIM IN THEIR ENTIRETY
AND TO DISMISS COUNTS IV AND V OF THE COUNTERCLAIM
IN PART AND COUNTER-DEFENDANTS' MOTION TO
<u>STRIKE PARAGRAPHS 28,30,31,32,33 AND 35 OF THE COUNTERCLAIM</u>**

Pursuant to Fed.R.Civ.P. 6(b) and Section 5 of the Court's Standing Order in Civil Cases, Defendant/Counterplaintiff Roy Kime ("Kime") hereby requests the Court to grant him an one-week extension of time until Friday, May 12, 2006, in which to file his opposition to Plaintiffs/ Counterdefendants' above-captioned motion to dismiss. Kime's request for an extension is based on the following grounds::

Plaintiff/Counterdefendants filed the motion to dismiss on Friday, April 28, 2006. Pursuant to LCvR 7(b) and Fed.R.Civ.P. 6(a), the response was, accordingly, due on Friday, May 5, 2006. Kime has been represented throughout this proceeding by the undersigned counsel, Katherine Brewer. On Monday, May 1, 2006, Ms. Brewer was diagnosed with a disorder of the inner ear that results in periodic bouts of vertigo and

nausea. Ms. Brewer is currently undergoing physical therapy to relieve this condition. Ms. Brewer had hoped, nevertheless, to complete Kime's opposition to the motion to dismiss by the original due date. Therefore, counsel did not file a motion for an extension of time four days before the due date as provided in Rule 5. The effects of counsel's disorder come and go in an unpredictable manner, however, and have worsened over the last few days. Accordingly, despite her best efforts, she has been unable to complete Kime's opposition to the motion to dismiss in time to file it on May 5, 2006. Kime requests a one-week extension of time to accommodate additional physical therapy and an MRI scheduled for next week.

Kime has not requested or been granted any previous extensions of time. This extension will have no effect on existing deadlines.

The undersigned counsel has consulted with opposing counsel regarding this motion, and opposing counsel does not object to the extension.

Respectfully submitted,

SCHMELTZER, APTAKER
& SHEPARD, P.C.

ss/ *Katherine Brewer*
Katherine Brewer, # 375608
Edward R. Levin, # 7823
2600 Virginia Ave., N.W.
Suite 1000
Washington, D.C. 20037
(202) 333-8800
(202) 625-3301 (facsimile)

*Attorneys for Defendant/Counterclaim Plaintiff Roy Kime*

2