IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CLARK FRENCH, et al. ) | |
| ) | |
| Plaintiffs/Counterdefendants ) | |
| ) | |
| v. ) | Case Number 1:05CV02448-RMU |
| ) | |
| ROY KIME ) | |
| ) | |
| Defendant/Counterplaintiff ) | |

## ORDER

Upon consideration of Defendant/Counterplaintiff's motion for an extension of time in which to file his opposition to Plaintiffs/Counterdefendants' motion to dismiss Counts I-Ill and Vi-Ix of the Counterclaim in their entirety and to dismiss Counts Iv and V of the Counterclaim in part and Counter-Defendants' motion to strike paragraphs 8,30,31,32,33 and 35 of the Counterclaim, and the lack of objection thereto, and for good cause shown, it is on the ____ day of _____, 2006, it is hereby

ORDERED that Defendant/Counterplaintiff's motion is hereby GRANTED, and further

ORDERED that the due date for Defendant/Counterplaintiff's opposition to Plaintiffs/Counterdefendants' motion to dismiss is extended to May 12, 2006.

_____, J.
U.S. District Court

Case 1:05-cv-02448-RMU   Document 12-2   Filed 05/05/2006   Page 2 of 2