IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CLARK FRENCH, et al. )<br>  )<br>Plaintiffs/Counter-Defendants, )<br>  )<br>v. )<br>  )<br>  )<br>ROY KIME )<br>  )<br>Defendant/Counter-Plaintiff. )<br>  ) | Civil No. 05-cv-02448-RMU |

**COUNTER-DEFENDANTS' UNOPPOSED MOTION FOR ONE WEEK EXTENSION OF TIME TO FILE COUNTER-DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF COUNTER-DEFENDANTS' MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 6(b) and 7, Plaintiffs/Counter-Defendants Clark French and Computer Intelligence Associates, Inc. D.C. and Counter-Defendants Computer Intelligence Associates, Inc. M.D. and Mary French (collectively, "Counter-Defendants") respectfully request that the Court grant them a one-week extension – from May 22, 2006 through May 30, 2006 – for Counter-Defendants to file their Reply Memorandum in Support of Counter-Defendants' Motion to Dismiss the Counterclaim in light of the parties' ongoing settlement discussions. This motion has been filed at least four days prior to the deadline sought to be extended as required by Section 5(a) of this Court's Standing Order and this is Counter-Defendants' first request for an extension of time for this purpose. Counsel for Defendant/Counter-Plaintiff Roy Kime consents to this request.

The reasons for this extension request are that the parties have engaged in settlement discussions since May 10, 2006, the principals intend to meet again on Thursday, May 18, 2006 to further discuss settlement, and the parties believe that they are close to an agreement and should know whether settlement is possible by the end of this week. Given that Counter-

Defendants' reply memorandum is currently due on May 22, 2006, an extension of time of one week will enable the parties to expend their resources on settlement rather than for Counter-Defendants to expend resources preparing the reply memorandum. In addition, given that the scheduling conference is not set until August 10, 2006, the extension requested herein will not affect any other deadline.

    For the foregoing reasons, Counter-Defendants respectfully request that the Court enter the attached order granting Counter-Defendants an extension of time until May 30, 2006 to file their Reply Memorandum in Support of Counter-Defendants' Motion to Dismiss the Counterclaim.

Dated:  May 16, 2006

Respectfully submitted,

SHULMAN, ROGERS, GANDAL,
 PORDY & ECKER, P.A.

_____/s/_____
Ross D. Cooper #429200
11921 Rockville Pike, Third Floor
Rockville, MD 20852
(301) 230-5200
(301) 230-2891 (facsimile)
Attorneys for Plaintiffs/Counter-Defendants
Clark French and Computer Intelligence
Associates, Inc. D.C. and Counter-
Defendants Mary French and Computer
Intelligence Associates, Inc. MD

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 16th day of May, 2006 a copy of the foregoing Counter-Defendants' Unopposed Motion for One Week Extension of Time to File Counter-Defendants' Reply Memorandum in Support of Counter-Defendants' Motion to Dismiss was delivered via this Court's electronic filing system to:

Katherine Brewer, Esq.
Schmeltzer, Aptaker & Shepard, P.C.
2600 Virginia Avenue, N.W., Suite 1000
Washington, D.C.  20037

and via overnight courier to:

Stephen O. Hessler
Hessler & Associates Chartered
729 15th Street, N.W., Suite 200
Washington, D.C.  20005

                                                                          /s/
                                                    Ross D. Cooper