IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARK FRENCH, et al. ) | |
| ) | |
| Plaintiffs/Counter-Defendants, ) | |
| ) | |
| v. ) | Civil No. 05-cv-02448-RMU |
| ) | |
| ROY KIME ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |

### Order

Upon consideration of Counter-Defendants' Unopposed Motion for One Week Extension of Time to File Their Reply Memorandum in Support of Counter-Defendants' Motion to Dismiss the Counterclaim, and for other good cause shown, it is hereby this ___ day of May 2006 ORDERED that the Motion is GRANTED; and it is further

ORDERED that Counter-Defendants shall file their Reply Memorandum in Support of Counter-Defendants' Motion to Dismiss the Counterclaim no later than May 30, 2006.

_____
Judge, United States District Court for the
District of Columbia