IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARK FRENCH, et al. )<br>)<br>   Plaintiffs/Counter-Defendants, )<br>)<br>v. )<br>)<br>)<br>ROY KIME )<br>)<br>   Defendant/Counter-Plaintiff. )<br>) | Civil No. 05-cv-02448-RMU |

**JOINT MOTION TO STAY ALL PROCEEDINGS FOR
THIRTY DAYS IN LIGHT OF THE PARTIES' SETTLEMENT**

Pursuant to Fed. R. Civ. P. 6(b) and 7, Plaintiffs/Counter-Defendants Clark French and Computer Intelligence Associates, Inc. D.C. and Counter-Defendants Computer Intelligence Associates, Inc. MD and Mary French (collectively, "Counter-Defendants") and Defendant/Counter-Plaintiff Roy Kime ("Kime") respectfully request that the Court stay all proceedings in this matter for thirty (30) days in light of the parties' settlement. The stay requested herein would also vacate the deadline for Counter-Defendants' Reply Memorandum in Support of Counter-Defendants' Motion to Dismiss the Counterclaim, which deadline is currently set for May 30, 2006.

Since Wednesday, May 10, 2006, the parties have conferred regarding settlement, which was the basis for Counter-Defendants' motion for an extension of time to file their reply brief. Late today, May 26, 2006, the parties reached an agreement. The parties now require time to draft an execution version of the settlement agreement and prepare a stipulation of dismissal, which the parties expect will be filed in the next week or two. Vacating the current deadline for Counter-Defendants' reply memorandum and staying the proceedings in this matter for thirty

(30) days will thus permit the parties to devote their resources to preparing the settlement documents, rather than expending further resources briefing Counter-Defendants' Motion to Dismiss. In addition, given that the scheduling conference is not set until August 10, 2006, the stay requested herein will not affect any other deadline in this case.

For the foregoing reasons, the parties respectfully request that the Court enter the attached order vacating the current May 30, 2006 deadline for Counter-Defendants' Reply Memorandum in Support of their Motion to Dismiss and staying all proceedings in this matter for thirty (30) days to allow the parties to prepare an execution version of the settlement agreement and file a stipulation of dismissal with prejudice. The attached order further provides that if a stipulation of dismissal is not filed prior to expiration of the stay, the parties shall file a joint status report advising whether further proceedings are necessary and proposing a schedule therefore.

Dated: May 26, 2006

Respectfully submitted,

SHULMAN, ROGERS, GANDAL,
 PORDY & ECKER, P.A.

_____/s/_____
Ross D. Cooper #429200
11921 Rockville Pike, Third Floor
Rockville, MD 20852
(301) 230-5200
(301) 230-2891 (facsimile)
Attorneys for Plaintiffs/Counter-Defendants
Clark French and Computer Intelligence
Associates, Inc. D.C. and Counter-
Defendants Mary French and Computer
Intelligence Associates, Inc. MD

3

                          /s/*
_____
Katherine Brewer #375608
Edward R. Levin #7823
Schmeltzer, Aptaker & Shepard, P.C.
2600 Virginia Avenue, NW
Suite 1000
Washington, DC  20037
(202) 333-8800
(202) 625-3301 (fax)

Counsel for Defendant/Counter-Plaintiff
Roy Kime


* signed with permission by Ross D. Cooper

3