IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARK FRENCH, et al. ) | |
| ) | |
| Plaintiffs/Counter-Defendants, ) | |
| ) | |
| v. ) | Civil No. 05-cv-02448-RMU |
| ) | |
| ROY KIME ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |

### Order

Upon consideration of the Parties' Joint Motion to Stay all Proceedings in this Matter for Thirty Days, and for other good cause shown, it is hereby this ___ day of May 2006 ORDERED that the Motion is GRANTED; and it is further

ORDERED that the deadline for Counter-Defendants' Reply Memorandum in Support of Counter-Defendants' Motion to Dismiss that is currently set for May 30, 2006 is hereby vacated; and it is further

ORDERED that all proceedings in this matter shall be stayed for a period of thirty (30) days from the date this Order is entered; and it is further

ORDERED that prior to the expiration of the stay, the parties shall either file a joint stipulation of dismissal with prejudice or shall file a joint status report advising the Court whether further proceedings are necessary and proposing a schedule therefore.

_____
Judge, United States District Court for the
District of Columbia