IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARK FRENCH, et al. ) | |
| ) | |
| Plaintiffs/Counter-Defendants, ) | |
| ) | |
| v. ) | Civil No. 05-cv-02448-RMU |
| ) | |
| ) | |
| ROY KIME ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |
| ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1) and the terms of the parties' settlement agreement, Plaintiffs/Counter-Defendants Clark French and Computer Intelligence Associates, Inc. D.C. and Counter-Defendants Computer Intelligence Associates, Inc. MD and Mary French and Defendant/Counter-Plaintiff Roy Kime respectfully request that the Court dismiss the Complaint and the Counterclaim in the above-captioned action, with prejudice. Each party is to bear its own expenses, costs and attorney fees.

Dated:  June 21, 2006

Respectfully submitted,

SHULMAN, ROGERS, GANDAL,
PORDY & ECKER, P.A.


_____/s/_____
Ross D. Cooper #429200
11921 Rockville Pike, Third Floor
Rockville, MD 20852
(301) 230-5200
(301) 230-2891 (facsimile)
Attorneys for Plaintiffs/Counter-Defendants
Clark French and Computer Intelligence
Associates, Inc. D.C. and Counter-
Defendants Mary French and Computer
Intelligence Associates, Inc. MD

2

   /s/  Edward Levin*
Katherine Brewer #375608
Edward R. Levin #7823
Schmeltzer, Aptaker & Shepard, P.C.
2600 Virginia Avenue, NW
Suite 1000
Washington, DC  20037
(202) 333-8800
(202) 625-3301 (fax)

Counsel for Defendant/Counter-Plaintiff
Roy Kime

*signed with permission by Ross D. Cooper